UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **T.P** | * |
| **Plaintiff,** | * |
| v. | * |
| | *   Case No.: |
| **SEVENTH-DAY ADVENTIST CHURCH, NORTH AMERICAN DIVISION, INC, et al.,** | * |
| | * |
| **Defendants.** | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants, North American Division of Seventh-day Adventists, Columbia Union Conference of Seventh-day Adventist, and Columbia Union Conference Association of Seventh Day Adventists, Inc., by and through undersigned counsel, file this Notice of Removal of the civil action captioned as *T.P. v. Seventh-Day Adventist Church, North American Division, Inc., et al.,* Case No. C-13-CV-25-000526 (the "State Court Action"), from the Circuit Court of Maryland for Howard County to the United States District Court for the District of Maryland, and in support, state as follows:

1.      On or about May 30, 2025, Plaintiff, T.P. ("Plaintiff"), filed the State Court Action.

2.      Plaintiff, T.P., is a resident of Snellville, Georgia.

3.      Defendant Seventh-Day Adventist Church, North American Division, Inc.[1] upon information and belief is a non-existent entity.

---

[1] The "Seventh-Day Adventist Church, North American Division, Inc." entity that is identified in the Complaint does not exist and therefore has no capacity to be sued. The North American Division Corporation of Seventh-day Adventists (incorporated) is the proper entity.

1

4. Defendant North American Division of Seventh-day Adventists' principal place of business is located in Silver Spring, Maryland.

5. Defendant Columbia Union Conference of Seventh-day Adventist's principal place of business is located in Columbia, Maryland.

6. Defendant Columbia Union Conference Association of Seventh Day Adventists, Inc.'s principal place of business is Columbia, Maryland.

7. Defendant, Mountain View Conference Association of Seventh-day Adventists' principal place of business is Parkersburg, West Virginia.

8. Defendants, North American Division of Seventh-day Adventists, Columbia Union Conference of Seventh-day Adventist, and Columbia Union Conference Association of Seventh Day Adventists, Inc., have not been served. This notice of removal is being filed "within 30 days after the receipt by the defendant, or through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which action or proceeding as based." 28 U.S.C. § 1446(b)(1).

9. On July 15, 2025, counsel for Defendant, Seventh-Day Adventist Church, North American Division, Inc., filed an Entry of Appearance in the State Court Action. With the exception of the Consent Motion to Extend Deadline to File an Initial Responsive Pleading, Counsel for Defendants has not filed additional pleadings in the State Court Action, and the Circuit Court has not entered any relief.

10. In accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5, attached as Exhibits 1-21 are copies of all pleadings, process, orders, and other papers filed in the State Court Action, which were obtained by Defendants, North American Division of Seventh-day

Adventists, Columbia Union Conference of Seventh-day Adventist, and Columbia Union Conference Association of Seventh Day Adventists, Inc.

11. Venue is proper in this Court, as the State Court Action was filed in the Circuit Court for Howard County, which is located within the United States District for the District of Maryland, Northern Division. *See* 28 U.S.C. §§ 100 and 1391(a).

12. The action in state court is one over which this Court has original diversity jurisdiction under 28 U.S.C. § 1332(a). It is also removable to this Court pursuant to 28 U.S.C. § 1441(a), because the matter in controversy is alleged to exceed Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs, and is between citizens of different states before Defendants were served and properly joined.

12. Defendants will provide written notice of the filing of this Notice of Removal to all parties and will file a copy of this Notice with the Circuit Court of Howard County, Maryland, as required by 28 U.S.C. § 1446(d).

WHEREFORE, for the foregoing reasons, Defendants, North American Division of Seventh-day Adventists, Columbia Union Conference of Seventh-day Adventist, and Columbia Union Conference Association of Seventh Day Adventists, Inc. remove the State Court Action to this Court and respectfully request that the Court order such further relief that this Court deems just and appropriate.

Respectfully submitted,

*/s/ Paul M. Finamore*
Paul M. Finamore (05992)
Halle P. Gray (22351)
Kambon R. Williams (29872)
Pessin Katz Law, P.A.
5950 Symphony Woods Road, Suite 510
Columbia, Maryland 21044
T: (410) 740-3170

>pfinamore@pklaw.com
>hgray@pklaw.com
>***Attorneys for Defendants, North American Division of Seventh-day Adventists, Columbia Union Conference of Seventh-day Adventist, and Columbia Union Conference Association of Seventh Day Adventists, Inc.***

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 25th day of July, 2025, a copy of the foregoing Notice of Removal to Federal Court and Exhibits thereto, was served via electronic mail on:

Brenda Harkavy, Esquire
Laffey Bucci D'Andrea Reich & Ryan
1100 Ludlow Street
Suite 300
Philadelphia, PA 19107
P: 215-399-9255
cvgdteam@laffeybucci.com
***Attorney for Plaintiff T.P.***

>*/s/ Paul M. Finamore*
>Paul M. Finamore